## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| SOGC, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| CRP Consulting, LLC, | ) | Case No. 1:25-cv-120 |
| | ) | |
| Defendant. | ) | |

On January 30, 2026, the Parties filed a Joint Stipulation to Amend Scheduling/Discovery Plan. (Doc. No. 29). The court **ADOPTS** the Parties' stipulation (Doc. No. 29) and **AMENDS** the pretrial deadlines as follows:

1. The deadlines for exchanging complete expert witness reports are

    a. March 2, 2026, for Plaintiff;

    b. April 16, 2026, for Defendant; and

    c. May 8, 2026, for rebuttal experts.

2. The parties shall have until May 30, 2026, to complete discovery as well as expert witness depositions.

3. The parties shall have until May 22, 2026, to file discovery motions.

4. The parties shall have until June 23, 2026, to file dispositive motions.

5. Th parties shall have until September 1, 2026, to file other pretrial motions.

**IT IS SO ORDERED.**

Dated this 2nd day of February, 2026.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court