### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| SOGC, LLC, | ) |
| Plaintiff, | ) **ORDER STAYING DEADLINES AND** |
| | ) **FOR STATUS REPORT** |
| v. | ) |
| CRP Consulting, LLC, | ) Case No.: 1:25-cv-00120 |
| Defendant. | ) |

On March 6, 2026, the court convened for a Mid-Discovery Status Conference. For the reasons articulated during the conference, all deadlines shall be stayed pending an appropriate motion or further order of the court.

The parties shall file a status report within sixty (60) days from the date of this Order advising the court of its progress toward settlement.

**IT IS SO ORDERED.**

Dated this 6th day of March, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court